UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>RASHAAN RICHARDS,<br><br>　　　　　　　　　Defendant. | **ORDER**<br><br>22 Cr. 514 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed today in open court, the Government's opposition to Defendant's motion (Dkt. No. 139) is due by **July 7, 2023**. Defendant's reply, if any, is due by **July 14, 2023**.

Dated: New York, New York
       June 26, 2023

                                  SO ORDERED.

                                  _____
                                  Paul G. Gardephe
                                  United States District Judge