UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RASHAAN RICHARDS,

Defendant.

**ORDER**

22 Cr. 514 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The Defendant informed the Court at today's plea hearing that he is withdrawing his pretrial motions pending at Dkt. No. 139. Accordingly, the Clerk of Court is directed to terminate the motions as withdrawn by the Defendant.

Dated: New York, New York
       September 27, 2023

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge