

**Paul D. Petrus Jr.**
Attorney at Law & Associates, P.C.

The Graybar Building
420 Lexington Ave., Suite 2450
New York, NY 10170
212.564.2440
www.petruslaw.com

June 6, 2024

United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007
Attn: The Honorable Paul G. Gardephe

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: June 11, 2024

Re: Authorization for Rashaan Richards
Case No. 1:22-Cr-00514-PGG

Dear Judge Gardephe:

Greetings. I am writing on behalf of my client, Rashaan Richards. Mr. Richards has authorized his mother, Sharon Richards, to retrieve his passport on his behalf. His passport is currently being held with Pretrial Services. In addition, Mr. Richards signed and notarized a letter granting his mother permission to retrieve his passport.

Wherefore, we ask that Mr. Richards passport be ordered released to the possession of Ms. Sharon Richards forthwith.

Thank you.

Yours,

Paul D. Petrus Jr. Esq.

cc: AUSA Ashley Nicolas
United States Attorney's Office, SDNY
New York, NY 10007
Via Email: ashley.nicolas2@usdoj.gov



# Paul D. Petrus Jr.
Attorney at Law & Associates, P.C.

AUSA Chelsea Scism
United States Attorney's Office, SDNY
New York, NY 10007
Via Email: chelsea.scism@usdoj.gov

AUSA Madison Smyser
United States Attorney's Office, SDNY
New York, NY 10007
Via Email: madison.smyser@usdoj.gov

Pre-Trial Officer Marlon Ovalles
500 Pearl Street
New York, Ny 10007
Via Email: marlon_ovalles@nysp.uscourts.gov

Encl.

June 1, 2024

To whom it may concern,

I Rashaan Richards am granting my mother Sharon Sawyers Richards permission and access to receive all of my personal belongings that have been taken by the court including my passport.
If by any chance the belongings need to be mailed or if I have to provide an address it is:

904 Albany Ave Apt 5, Brooklyn NY 11203

*[signature]*

*[notary signature]*

KERRY D. R. HALL
Notary Public - State of New York
No. 01HA6241472
Qualified in Kings County
My Commission Expires May 23, 20__