UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :
        - v. -                                                :   **FINAL ORDER OF FORFEITURE**
                                                              :
RASHAAN RICHARDS,                                             :
        a/k/a "Jay Dee,"                                      :   22 Cr. 514 (PGG)
        a/k/a "JD,"                                           :
        a/k/a "Payso,"                                        :
                                                              :
                Defendant.                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about May 15, 2024, this Court entered an Amended Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 364), which ordered the forfeiture to the United States of all right, title and interest of RASHAAN RICHARDS (the "Defendant") in the specific property listed in Attachment A attached hereto (the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of

the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on June 19, 2024, for thirty (30) consecutive days, through July 18, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on August 22, 2024 (D.E. 376);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       August 27, 2024

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE

# Attachment A

a. All items seized from Rashaan Richards' Residence in Brooklyn, NY on or about September 29, 2022 specifically:

1. 8,600.00 in United States currency found in the living room of Defendant'residence;
2. $26,600.00 in United States currency found in a safe in the Defendant's residence;
3. $200.00 in United States currency found in the Kitchen in the Defendant's residence;
4. One Hermes Clic Orange Bracelet;
5. Four Cartier Pink Gold Bracelets;
6. Nintendo Switch OLED white (XTW50394239050);
7. Nintendo Switch OLED neon red & neon blue Joy-Con (XTW1039690101);
8. Meta Quest 2 Advanced All-In-One Virtual Reality Headset (1WMVR4B9882122);
9. Apple Watch series 7 45MM green (QGW6H9NWNT);
10. Apple Air tag (A2187);
11. Apple Airpods white 2021 (3rd generation) (XL5GQJWPDF)(Model A2565 A2564 A256 - MME73AM/A);
12. Apple Airpods white 2021 (3rd generation) (X2W06K9VH2)(Model A2565 A2564 A256 - MME73AM/A);
13. Apple Airpods white 2021 (3rd generation) (HXHC0641N4)(Model A2565 A2564 A256 - MME73AM/A);
14. Apple Airpods white 2021 (3rd generation) (K75WG9X7QQ )(Model A2565 A2564 A256 - MME73AM/A);
15. Apple Airpods white 2021 (3rd generation) (XDRXVJMX2H)(Model A2565 A2564 A256 - MME73AM/A);
16. Apple Airpods white 2021 (3rd generation) (K42X150WW3 )(Model A2565 A2564 A256 - MME73AM/A);
17. Apple Airpods white 2021 (3rd generation) (MYQTXPC235)(Model A2565 A2564 A256 - MME73AM/A);
18. Apple Airpods pro magsafe charging case (H33HCEPW1059)(Model A2083 A2084 A2190 - MLWK3AM/A);
19. Apple iPhone 14 pro gold (QTWR4VYL9V);
20. Apple iPhone 14 pro purple (DRJ2RVW7TX);
21. Apple 14-inch Macbook Pro with Apple M1 Pro chip (Model A2442) (SFL4X1GYY0F);
22. Track Life Money Counter (MMC02);
23. Louis Vuitton Zippy Wallet (M41896);
24. Louis Vuitton Sarah Wallet (M81049);
25. (2) Louis Vuitton Victorine Wallet (M80968);
26. Gucci Black GG Marmont matelassé zip card case (671772DTDHT);
27. Gucci brown Diana mini leather-trimmed crystal-embellished canvas-jacquard tote (655661UKMBT);
28. Chanel black Caviar Quilted Medium Black Boy Flap Bag (A67086Y833389);
29. Chanel black Caviar Quilted Medium Double Flap Black (A01112Y01588);
30. Gucci Brown GG Canvas Wooden Handle (492034594707);
31. Gucci Black Leather GG Marmont Mini Bag (598597DTDCT);

32. Gucci Black Leather GG Marmont Mini Bag (598597DTDCT);
33. Gucci Brown Bamboo 1947 jumbo GG mini bag (686864UQLBT);
34. Chanel black timeless classic medium flap bag caviar;
35. Goyard Navy Saigon MM Handbag; leather navy with the wooden handle;
36. Burberry (size L) Check Technical Cotton Bucket Hat;
37. Goyard 2023 SS Muse Vanity Case (MUSEVAPMLTY01CL03P)- orange;
38. Givenchy (size 43) Mens Monumental Mallow Camo Print Low-Top Shoe Beige Brown;
39. Givenchy (size 44) Mens Monumental Mallow Low-Top Matte Rubber Sneakers- black;
40. Louis Vuitton Empreinte Ring, Yellow Gold And Diamonds;
41. Golden small chain (broken);
42. Polo by Ralph Lauren (size S) Men's Shearling Wading Jacket Desert Khaki (710879283001);
43. DKNY (size M) Mens Mixed Media Faux Leather Puffer Motocross Racer Jacket;
44. Flower Stud Earrings with a halo of dainty stones- 7 stones in the middle (found inside Louis Vuitton jewelry box);
45. Dior 30 Montaigne Necklace Gold Finish Metal Silver Tone Crystals (N1713MTGCY);
46. Golden Flower-Shaped Stud Earrings- 7 stones in the middle;
47. Chanel Crystal Pearl Signature Stud Earrings Gold;
48. Louis Vuitton Coffret Joaillerie Monogram Canvas - Trunks and Travel;
49. Louis Vuitton Ecrin Declaration Jewelry Box Monogram Canvas;
50. Velvet By Graham & Spencer (size L) Renaldo Hoodie In Crater Blue (RENALDO02);
51. Karl Lagerfeld Paris (size M) Men's Pique Polo with Patches;
52. Agolde (size 24) black jeans; + NET SUSTAIN '90s high-rise straight-leg organic jeans;
53. Agolde (size S) gray Lyza Cut-out Ribbed-knit top (A7139-1387);
54. Rose Gold curve link ring (Precious Metal-Plated Sterling Silver Pavé Curb Link Ring);
55. 1 broken Cuban link piece (rose gold with stones);
56. Louis Vuitton Case 8 Watch (Monogram Canvas Brown);
57. Polo by Ralph Lauren blue logo-patch cotton baseball cap;
58. Polo by Ralph Lauren (size L) Navy M classics 2, pouch-pocket quilted jacket (710876085003);
59. Helmut Lang (size S) Chocolate Societas Crew (M07HM515);
60. Scotch & Soda (size L) gray embroidered varsity patch cardigan in graphite mélange;
61. Hermes (size 36) oran wool skin women sandal, Teddy bear sandal (H212178ZH5360);
62. Polo Ralph Lauren (size S) Camo Hoodie (710881534001);
63. Polo Ralph Lauren (size S) Long Sleeve Chino Twill Patchwork Shirt – Camo (710887451001);
64. Polo Ralph Lauren (size M) Long Sleeve Chino Twill Patchwork Shirt – Camo (710887451001);
65. Cartier sunglasses (CT0046S) clear;

66. Cartier sunglasses (CT0052O) brown wood;
67. Cartier sunglasses (CT0052O) red wood;
68. Eleven Paris (size M) T-shirts for Men (22S1TS35) white Swirl Aop;
69. Barbour (size L) Ashby Wax Jacket - black (MWX0339BK71);
70. Barbour (Size M) Ashby Wax Jacket - black (MWX0339BK71);
71. Barbour (Size M) Lowerdale Gilet vest - navy (MGI0042NYY71);
72. Barbour (size M) Wetheram Tailored Shirt - graystone (MSH4982TN86);
73. Barbour (Size L) Ashby Wax Jacket - black (MWX0339BK71);
74. Barbour (size L) Classic Bedale Jacket - olive (MWX03390L71);
75. Polo Ralph Lauren (size S) beige Insulated Field Jacket. (710879283001);
76. Barbour (size S) Lowerdale Gilet vest - sage (MGI0042GN71);
77. Barbour (size M) Flyweight Chelsea Quilted Jacket - navy (MQU0007NY92);
78. Barbour (size M) Flyweight Chelsea Quilted Jacket - olive (MQU0007OL52);
79. Barbour (size L) Ashby Wax Jacket - olive (MWX0339OL71);
80. Barbour (Size S) Ashby Wax Jacket - navy (MWX0339NY92);
81. Barbour (Size L) Ashby Wax Jacket -olive (MWX0339OL71);
82. Barbour (size M) Wetheram Tailored Shirt - graystone (MSH4982TN86);
83. Weatherproof vintage (size M) green Quilted/Puffer Sherpa Lined Hood Vest;
84. Barbour (Size XXL) Ashby Wax Jacket - olive (MWX0339OL71);
85. Barbour (Size L) Ashby Wax Jacket - black (MWX0339BK71);
86. Weatherproof Vintage (size S) Brushed Crewneck T-shirt In red.(F228059ME);
87. Weatherproof Vintage (size S) Brushed Crewneck T-shirt In Yellow (F228059ME);
88. Barbour (Size S) Ashby Wax Jacket - navy (MWX0339NY92);
89. Barbour (Size XXL) Ashby Wax Jacket - olive (MWX0339OL71);
90. Barbour (Size XXL) Ashby Wax Jacket - navy (MWX0339NY92); and
91. Barbour (Size XXL) Ashby Wax Jacket - olive (MWX0339OL71).